IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Johnson, Cornell | Case Number: 08 B 21649 |
|---|---|
|  | Judge: Squires, John H |
| Printed: 03/03/09 | Filed: 8/18/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 21, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Santander Consumer USA | Secured | 18,459.00 | 0.00 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 3,277.87 | 0.00 |
| 3. | Santander Consumer USA | Unsecured | 54.68 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 8.72 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 6.53 | 0.00 |
| 6. | First Community Bank | Unsecured | 353.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 49.07 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 55.11 | 0.00 |
| 9. | NCO Financial Systems | Unsecured | 40.77 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 25.73 | 0.00 |
| 11. | HSBC Taxpayer Financial Services | Unsecured | 292.82 | 0.00 |
| 12. | Internal Revenue Service | Priority |  | No Claim Filed |
| 13. | Arlinda Nathan | Priority |  | No Claim Filed |
| 14. | First Premier | Unsecured |  | No Claim Filed |
| 15. | College Access Network | Unsecured |  | No Claim Filed |
| 16. | Gregory Emergency Physicians | Unsecured |  | No Claim Filed |
| 17. | Iowa Student Loan | Unsecured |  | No Claim Filed |
| 18. | Nelnet Student Loan Corp | Unsecured |  | No Claim Filed |
| 19. | Metro Bank | Unsecured |  | No Claim Filed |
| 20. | Blue Island Radiology Consult | Unsecured |  | No Claim Filed |
| 21. | Western Illinois University | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,623.30 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Cornell | Case Number: 08 B 21649 |
| | Judge: Squires, John H |
| Printed: 03/03/09 | Filed: 8/18/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*